McCLURE v. LEVY. (Supreme Court, General Term, First Department. March, 1894.) Action by David McClure, as temporary receiver, etc., against Louis P. Levy. No opinion. Order affirmed, with $10 costs and disbursements. See 22 N. Y. Supp. 1006; 29 N. Y. Supp. 352.

McKEAN, Appellant, v. ADAMS, Respondent. (City Court of New York, General Term. October 23, 1894.) Action by Bernard S. McKean against Charles H. Adams. Elg. Bullard, for appellant. Booream, Hamilton & Beckett, for respondent.

NEWBURGER, J. This is an appeal by the plaintiff from a judgment in his favor upon the verdict of a jury. A careful examination of the printed case fails to disclose any error in the trial of this action. Judgment affirmed, with costs.

McNAUGHTON, Respondent, v. LAFFLIN et al., Appellants (two cases)., LAFFLIN, Appellant, v. WILLIAMS et al., Respondents. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Three separate actions. Two actions by Pamelia E. McNaughton, as executrix of David McNaughton, deceased, against Alice Lafflin and another, and the other by Alice Lafflin against Charles E. Williams and another, as executors of William I. Williams, deceased. No opinion. Judgment in each case appealed from affirmed, with costs.

MANHATTAN RY. CO., Appellant, v. WILSON et al., Respondents. (Supreme Court, General Term, First Department. October 12, 1894.) Action by the Manhattan Railway Company against Peter M. Wilson and others. J. T. Davies, for·appellant. I. D. Warren, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

MASSETH, Respondent, v. KAUFFMAN, Appellant. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Action by Joseph Masseth against Leander W. Kauffman. No opinion. Judgment of the county court of Ontario county appealed from affirmed, with costs.

In re MAYOR, ETC., OF CITY OF NEW YORK. In re SCHUP. (Supreme Court, General Term, First Department. July 31, 1894.) No opinion. Order affirmed, with costs.

MESSERSCHMIDT, Respondent, v. TRADERS' INS. CO. OF HARTFORD, Appellant. (Supreme Court, General Term, First Department. October 17, 1894.) Action by Henry H. Messerschmidt against the Traders' Insurance Company of Hartford, Conn. No opinion. Motion for leave to appeal to the court of appeals denied. See 29 N. Y. Supp. 1146.

MILLER et al., Respondents, v. BOYER, Appellant. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Action by William Miller and others against Elijah Boyer. No opinion. Motion for reargument denied. See 29 N. Y. Supp. 479.

MINER, Respondent, v. STOLTS et al., Appellants. (City Court of New York, General Term. October 23, 1894.) Action by Henry C. Miner against Jonas Stolts and Julius Stolts.

PER CURIAM. The issues framed by the pleadings were fully and fairly submitted to the jury. No relevant testimony was excluded. The question excluded by the trial justice, in our judgment, was properly excluded, as it in no wise had a bearing upon the issues involved. The judgment must be affirmed, with costs to the respondent.

MOYER, Respondent, v. GORMAN, Sheriff, Appellant. (City Court of New York, General Term. November 20, 1894.) Action by Augustus G. Moyer against John J. Gorman, as sheriff. William E. Stillings, for appellant. James Kearney, for respondent.

McCARTHY, J. I cannot find any reason to change this judgment. The evidence is sufficient to sustain it. Judgment is therefore affirmed, with costs.

MUTUAL LIFE INS. CO., Respondent, v. FORTY-SECOND ST. & G. ST. RY. CO., Appellant. (Supreme Court, General Term, First Department. November 16, 1894.) Action by the Mutual Life Insurance Company against the Forty-Second Street & Grand Street Railway Company. J. H. Smith, for appellant. C. E. Miller, for respondent. No opinion. Judgment affirmed, with costs. See 26 N. Y. Supp. 545.

NAGEL, Respondent, v. NAGEL, Appellant. (Common Pleas of New York City and County, General Term. November 5, 1894.) Action by Caroline Nagel against Frederick Nagel, impleaded, etc. L. Whitney Searle, for appellant. Louis Wendel, Jr., for respondent.

BISCHOFF, J. A careful examination of the evidence in this case discloses no ground for our disturbing the result reached by the learned trial judge upon the very conflicting testimony adduced. It is claimed that certain unexplained inconsistencies in the testimony of the plaintiff militate against her recovery; but in view of similar inconsistences appearing in the evidence of contradicting witnesses, and of the fact that the plaintiff had an imperfect understanding of the English language, it would appear that the credence lent by the trial judge to her testimony was justified, under the circumstances of the case. The action was brought to set aside two deeds of conveyance of the same property,—the one alleged to have been obtained from the plaintiff by fraud on the part of the grantee, the defendant Trogisch, and the other being from that defendant to the defendant Nagel, and claimed to have been founded upon no consideration. The evidence given in support of the complaint is found to be sufficient to justify the judgment as rendered in favor of the plaintiff, and the preponderance is not with the defendant appellant in that degree which would call for its reversal. It is contended that the property in suit was rightfully in the name of the appellant, irrespective of the means employed by the defendant Trogisch in obtaining the conveyance from the plaintiff; but this argument is founded upon the assumption that the plaintiff's title was derived through the original payment by appellant of the purchase price, and the finding that the purchase in the first instance was upon a consideration furnished from the plaintiff's own funds deprives the contention of force. Appellant makes no point of exceptions taken to rulings upon the trial, but from an examination of them we are satisfied that no prejudice resulted. Judgment affirmed, with costs.

In re NASSAU ELECTRIC RY. CO. (Supreme Court, General Term, Second Department. October 26, 1894.) No opinion. Application granted. Josiah T. Marean, John B. Woodward, and Edward Ludlam appointed commissioners.

NATIONAL MAHAIWE BANK, Respondent, v. HAND, Appellant. (Supreme Court, General Term, First Department. November 16, 1894.) Action by the National Mahaiwe Bank against Elizabeth T. Hand, as executrix. G. C. Holt, for appellant. J. F. Harrison, for respondent. No opinion. Motion for reargument denied. See 30 N. Y. Supp. 508.